JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NADER WAREH, an individual, | Case No. 12-CV-08925-PA (VBKx) |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES INC., a Texas corporation and DOES 1 through 10, Inclusive, | Complaint Filed: October 17, 2012 |
| | District Judge: Hon. Percy Anderson<br>Dept: 15 |
| Defendants. | Magistrate: Hon. Victor B. Kenton<br>Dept: 590<br>Trial Date: Not Set |

1     Having considered the Stipulation to Dismiss Entire Action With Prejudice by
2 and between the parties, the Court hereby orders this action to be dismissed with
3 prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party
4 shall bear their own attorneys' fees and costs.

6     IT IS SO ORDERED.

9 Dated: August 7, 2013           _____
                                      Hon. Percy Anderson
                                      United States District Judge

2   Case No.  12-CV-08925-PA (VBKx)
[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE
ACTION WITH PREJUDICE